UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCUS L. TAYLOR,

    Plaintiff,

v.                                              Case No. 8:21-cv-1328-WFJ-SPF

PAUL BLACKMAN, SHERIFF OF
HIGHLANDS COUNTY, et. al.,

    Defendants.
_____/

## ORDER OF TRANSFER

After examination of the complaint (Doc. 1), it appears this civil rights action should be transferred to the United States District Court for the Southern District of Florida because the alleged events giving rise to the cause of action occurred in Highlands County, Florida, which is within the jurisdiction of that Court.

Accordingly, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is **transferred** to the **United States District Court for the Southern District of Florida** for all further proceedings, and the Clerk shall immediately terminate any pending motions, close this case, and forward the file to that District.

ORDERED in Tampa, Florida on June 3, 2021.

                                                      WILLIAM F. JUNG
                                                    UNITED STATES DISTRICT JUDGE

Copy to: Plaintiff, *pro se*